| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Herndon, David R. | 2. Court or Organization<br><br>U.S. District Court Southern District of Illinois | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 31-91 |
| 2. | Trustee | Trust #2, Assets No 92-126 |
| 3. | Trustee | Trust #3, Assets No 127-162 |
| 4. | Trustee | Trust #4, Assets No 163-181 |
| 5. | Trustee | Trust #5 Assets No 182-200 Trust #6 Assets No 201-209 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2010 MAY 14 P 12 20

Herndon, David R.

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SIU School of Law | November 7, 2009 | Carbondale, IL | Health Law Moot Court Judging | Lodging $75 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income During reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bank of Edwardsville Premium checking Acct | | None | | | Closed | 01/02/09 | J | | |
| 2. | First Clover Leaf Bank checking acct (X) | B | Interest | K | T | | | | | |
| 3. | Anheuser Busch | | None | | | Sold | 01/01/09 | J | A | merger InBev 11/17/08 |
| 4. | IRA Account JP Morgan IRA Account | A | Dividend | M | T | | | | | assets listed below |
| 5. | - (IRA) Apple Inc | | | | | Sold | 11/10/09 | K | C | |
| 6. | - (IRA) CVS Caremark Corp | | | | | Buy | 11/10/09 | J | | |
| 7. | - (IRA) First Horizon Natl Corp | | | | | | | | | |
| 8. | - (IRA) First Horizon Natl Corp | | | | | Spinoff (from line 7) | 01/02/09 | | | stock dividend |
| 9. | - (IRA) First Horizon Natl Corp | | | | | Spinoff (from line 7) | 04/01/09 | | | stock dividend |
| 10. | - (IRA) First Horizon Natl Corp | | | | | Spinoff (from line 7) | 07/01/09 | | | stock dividend |
| 11. | - (IRA) First Horizon Natl Corp | | | | | Sold | 08/28/09 | K | D | |
| 12. | - (IRA) First Horizon Natl Fractional Shares | | | | | Spinoff (from line 7) | 01/06/09 | | | stock dividend |
| 13. | - (IRA) First Horizon Natl Fractional Shares | | | | | Spinoff (from line 7) | 04/01/09 | | | stock dividend |
| 14. | - (IRA) First Horizon Natl Fractional Shares | | | | | Spinoff (from line 7) | 07/01/09 | | | stock dividend |
| 15. | - (IRA) First Horizon Natl Fractional Shares | | | | | Sold | 08/28/09 | J | A | |
| 16. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 20) | 02/13/09 | | | dividd pd in fractional sh |
| 17. | - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 20) | 05/15/09 | | | no $value until fraction=1 |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 20) | 08/14/09 | | | dividd pd in fractional sh |
| 19. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 20) | 11/13/09 | | | dividd pd in fractional sh |
| 20. - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 21. - (IRA) MicroSoft Corp | | | | | | | | | |
| 22. - (IRA) ProShares UltraShort Lehman 20+ TBT | | | | | Buy | 01/13/09 | J | | |
| 23. - (IRA) Omnicom Group Inc | | | | | Buy | 10/19/09 | K | | |
| 24. - (IRA) Research in Motion | | | | | Buy | 11/02/09 | J | | |
| 25. - (IRA) TransOcean LTD | | | | | | | | | |
| 26. - (IRA) XTO Energy Inc | | | | | Sold | 12/22/09 | K | | |
| 27. - (IRA) Dreyfus General Money Market Acct | | | | | Sold | 12/10/09 | K | | |
| 28. - (IRA) Pershing Prime Money Market | | | | | Buy | 12/03/09 | L | | |
| 29. JP Morgan Brokerage Account | | None | | | Closed | 12/10/09 | J | | |
| 30. - Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | J | | |
| 31. TRUST #1 JP Morgan Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 32. - Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | M | | |
| 33. - General MNY MKT Account | | | | | Buy | 12/02/09 | M | | |
| 34. - Clear Lake City Tex Wtr Auth GO Rfdg | | | | | Redeemed | 03/02/09 | L | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
    P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Norfolk VA G/O Rfdg & Cap Impt 6/15/98 5% | | | | | Redeemed | 07/01/09 | L | | |
| 36. - Long Island Pwr Auth NY Elec 4% | | | | | | | | | |
| 37. - Lower Colo River Auth Trans 5/15/2011 5.25% | | | | | | | | | |
| 38. - Puerto Rico Mun Fin Agy G/O 8/1/2011 | | | | | | | | | |
| 39. - Austin Tex G/O Pub Impt 8/15/01 5% | | | | | | | | | |
| 40. - Eagle Garfield & Routt Cntys Colo Sch Dist | | | | | Redeemed | 12/07/09 | L | | |
| 41. - Eagle Garfield & Routt Cntys Colo Sch Dist | | | | | Redeemed | 12/01/09 | K | | |
| 42. - Charlotte-Mecklenberg Hosp Aut due 1/15/2015 | | | | | | | | | |
| 43. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 44. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 45. - Cook Cnty ILL G/O Rfdg-Ser 5.25% | | | | | | | | | |
| 46. - Orland Park ILL GO Bds 2002A 5% | | | | | | | | | |
| 47. - Chicago ILL Sales Tax Rev Sale 5% | | | | | Buy | 01/08/09 | M | | |
| 48. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | Buy | 08/18/09 | L | | |
| 49. - Autozone Inc 11/6/03 5.5% | | | | | Buy | 01/15/09 | K | | |
| 50. - Marriott Intl Inc 6/14/06 6.2% | | | | | Buy | 01/29/09 | K | | |
| 51. - Morgan Stanley Sr NTS 5.75% | | | | | Buy | 01/29/09 | K | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
    P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Starbucks Corp Sub Deb CV Sr Nt 8/23/07 6.25% | | | | | Buy | 03/04/09 | K | | |
| 53. - McGraw-Hill Cos Inc Sr Nt 11/15/2017 5.9% | | | | | Buy | 03/17/09 | K | | |
| 54. - American Tower Corp | | | | | Buy (add'l) | 05/07/09 | K | | |
| 55. - Accenture LTD Cl A | | | | | | 09/01/09 | | | name changed-see below |
| 56. - Accenture PLC Ireland Shs Cl A ACN | | | | | | 09/01/09 | | | new name |
| 57. - Atlas Energy Res LLC | | | | | | 09/30/09 | | | name changed- see below |
| 58. - Atlas America Inc | | | | | | 09/30/09 | | | new name-changed again |
| 59. - Atlas Energy Inc | | | | | | 10/01/09 | | | new new name |
| 60. - Apple Inc | | | | | | | | | |
| 61. - Bank of America Corp | | | | | Buy (add'l) | 07/24/09 | J | | |
| 62. - CVS Caremark Corporation | | | | | | | | | |
| 63. - Companhia Vale Do Rio Doce ADR | | | | | | 05/28/09 | | | name changed - see below |
| 64. - Vale S A Spons ADR | | | | | | 05/28/09 | | | new name |
| 65. - Chesapeake Energy Corp | | | | | | | | | |
| 66. - Cisco Systems Inc | | | | | | | | | |
| 67. - Colgate Palmolive Co | | | | | | | | | |
| 68. - Walt Disney Co Holding Co | | | | | Buy (add'l) | 10/19/09 | K | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Enterprise Products Partners L.P. | | | | | | | | | |
| 70. - Energy Transfer Partners L.P. | | | | | | | | | |
| 71. - Goldman Sachs Group Inc | | | | | Sold | 01/23/09 | J | | |
| 72. - Honeywell Intl Inc | | | | | | | | | |
| 73. - IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 74. - IShares Tr Dow Jones Sel Divid Index DVY | | | | | | | | | |
| 75. - Humana Inc | | | | | | | | | |
| 76. - JPMorgan Chase & Co | | | | | | | | | |
| 77. - Kinder Morgan Energy Partners | | | | | | | | | |
| 78. - Lowes Companies Inc | | | | | | | | | |
| 79. - Markwest Energy Partners L.P. | | | | | | | | | |
| 80. - McGraw Hill Companies | | | | | | | | | |
| 81. - Microsoft Corp | | | | | | | | | |
| 82. - Nasdaq OMX Group Inc NDAQ | | | | | | | | | |
| 83. - Plains All American Pipeline L.P. | | | | | | | | | |
| 84. - Proshares UltraShort Lehman 20+ yr TBT | | | | | Buy | 08/19/09 | K | | |
| 85. - Research in Motion LTD | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Schlumberger LTD | | | | | | | | | |
| 87. - Target Corp | | | | | | | | | |
| 88. - TransOcean LTD | | | | | Buy (add'l) | 05/11/09 | J | | |
| 89. - Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 04/29/09 | J | | |
| 90. - WisdomTree Trust | | | | | | | | | |
| 91. - Williams Partners L.P. | | | | | | | | | |
| 92. TRUST #2 JP Morgan Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 93. -Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | K | | |
| 94. -General MNY MKT Account | | | | | Buy | 12/03/09 | K | | |
| 95. -American Tower Corp | | | | | Buy (add'l) | 05/07/09 | J | | |
| 96. -Accenture LTD Cl A | | | | | | | | | name change- see below |
| 97. -Accenture PLC Ireland Sh Cl A | | | | | | | | | new name |
| 98. -Apple Inc | | | | | | | | | |
| 99. -Bank of America Corp | | | | | Buy (add'l) | 07/24/09 | J | | |
| 100. -CVS CareMark Corporation | | | | | | | | | |
| 101. -Companhia Vale Do Rio Doce Spons ADR | | | | | Buy (add'l) | 05/15/09 | J | | name change-see below |
| 102. -Companhia Vale Do Rio Doce Spons ADR | | | | | | 05/28/09 | | | name change-see below |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D1)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  -Vale S A Spons ADR | | | | | | 05/28/09 | | | new name |
| 104.  -Chesapeake Energy Corp | | | | | | | | | |
| 105.  -Cisco Systems Inc | | | | | | | | | |
| 106.  -Colgate Palmolive Co | | | | | | | | | |
| 107.  -Walt Disney Co Holding Co | | | | | Buy (add'l) | 10/19/09 | J | | |
| 108.  -Goldman Sachs Group Inc | | | | | Sold | 01/23/09 | J | | |
| 109.  -Honeywell Intl Inc | | | | | | | | | |
| 110.  -Ishares Trust MSCI Emerging Markets Fd EEM | | | | | | | | | |
| 111.  -Ishares Tr FTSE Xinhua China 25 Index Fd FXI | | | | | | | | | |
| 112.  -Humana Inc | | | | | | | | | |
| 113.  -JPMorgan Chase & Co | | | | | | | | | |
| 114.  -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 115.  -Lowes Companies Inc | | | | | | | | | |
| 116.  -McGraw Hill Companies | | | | | | | | | |
| 117.  -MicroSoft Corp | | | | | | | | | |
| 118.  -Nasdaq OMX Group Inc NDAQ | | | | | | | | | |
| 119.  -ProShares UltraShort Lehman20+ year TBT | | | | | Buy | 08/19/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Omnicom Group Inc | | | | | Buy | 10/19/09 | J | | |
| 121. -Research in Motion LTD | | | | | | | | | |
| 122. -Schlumberger LTD | | | | | | | | | |
| 123. -Target Corp | | | | | | | | | |
| 124. -TransOcean LTD | | | | | Buy (add'l) | 05/11/09 | J | | |
| 125. -Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 04/29/09 | J | | |
| 126. -WisdomTree Trust DOO | | | | | | | | | |
| 127. TRUST #3 JP Morgan Brokerage Account | C | Int./Div. | N | T | | | | | trust assets listed below |
| 128. -Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | M | | |
| 129. -General MNY MKT Account | | | | | Buy | 12/03/09 | M | | |
| 130. -American Tower Corp Cl A | | | | | Buy (add'l) | 05/07/09 | J | | |
| 131. -Accenture Ltd Cl A | | | | | | 09/01/09 | | | name changed - see below |
| 132. -Accenture PLC Ireland Shs Cl A | | | | | | 09/01/09 | | | new name |
| 133. -Apple Inc | | | | | | | | | |
| 134. -Bank of America Corp | | | | | Buy (add'l) | 07/24/09 | J | | |
| 135. -CVS CareMark Corp | | | | | Buy (add'l) | 10/14/09 | J | | |
| 136. -Companhia Vale Do Rio Doce Spons ADR | | | | | Buy (add'l) | 05/15/09 | J | | name changed - see below |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Companhia Vale Do Rio Doce Spons ADR | | | | | | 05/28/09 | | | name changed - see below |
| 138. -Vale S A Spons ADR | | | | | | 05/28/09 | | | new name |
| 139. -Chesapeake Energy Corp | | | | | | | | | |
| 140. -Cisco Systems Inc | | | | | | | | | |
| 141. -Colgate Palmolive Co | | | | | | | | | |
| 142. -Walt Disney Co Holding Co | | | | | Buy (add'l) | 10/19/09 | J | | |
| 143. -Goldman Sachs Group Inc | | | | | Sold | 01/23/09 | J | | |
| 144. -Honeywell Intl Inc | | | | | | | | | |
| 145. -IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 146. -IShares Tr Dow Jones Sel Div DVY | | | | | Sold | 10/14/09 | K | | |
| 147. -IShares Tr FTSE Xinhua Hk China 25 Index Fd FXI | | | | | | | | | |
| 148. -Humana Inc | | | | | | | | | |
| 149. -JPMorgan Chase & Co | | | | | | | | | |
| 150. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 151. -Lowes Companies Inc | | | | | | | | | |
| 152. -McGraw Hill Companies | | | | | | | | | |
| 153. -MicroSoft Corp | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -NASDAQ OMX Group Inc NDAQ | | | | | | | | | |
| 155. -ProShares UltraShort Lehman 20+ year TBT | | | | | Buy | 08/19/09 | J | | |
| 156. -Omnicom Group Inc | | | | | Buy | 10/19/09 | J | | |
| 157. -Research in Motion LTD | | | | | | | | | |
| 158. -Schlumberger LTD | | | | | | | | | |
| 159. -Target Corp | | | | | | | | | |
| 160. -TransOcean LTD | | | | | Buy (add'l) | 05/11/09 | J | | |
| 161. -Thermo Fisher Scientific Inc | | | | | Buy (add'l) | 04/29/09 | J | | |
| 162. -WisdomTree Trust DOO | | | | | Buy | 10/14/09 | K | | |
| 163. TRUST #4 JP Morgan Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 164. -Dreyfus General Money Market Account | | | | | Sold | 12/03/09 | K | | |
| 165. -General MNY MKT Account | | | | | Buy | 12/03/09 | K | | |
| 166. -Claymore BNY Bric ETF | | | | | | | | | |
| 167. -IShares Trust Dow Jones US Telecom IYZ | | | | | | | | | |
| 168. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | | | | | |
| 169. -IShares Tr Dow Jones Sel Divid Index Fd DVY | | | | | | | | | |
| 170. -IShares Tr FTSE Xinhua HK China 25 Index FXI | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Kayne Anderson MLP Invt Co | | | | | | | | | |
| 172. -Select Sector SPDR Amex Utilities Select XLU | | | | | | | | | |
| 173. -Sector SPDR Trust Industrial XLI | | | | | | | | | |
| 174. -Sector SPDR Trust Technology XLK | | | | | | | | | |
| 175. -Sector SPDR Financial XLF | | | | | | | | | |
| 176. -Select Sector SPDR Trust Energy XLE | | | | | | | | | |
| 177. -Select Sector SPDR Consumer Discret XLY | | | | | | | | | |
| 178. -Select Sector SPDR Tr Health Care XLV | | | | | | | | | |
| 179. -Select SPRD Trust Consumer Staples XLP | | | | | | | | | |
| 180. -Select Sector SPDR Int Materials XLB | | | | | Buy (add'l) | 10/26/09 | J | | |
| 181. -WisdomTree Trust Top 100 Fd DOO | | | | | Buy (add'l) | 10/26/09 | J | | |
| 182. TRUST #5 JP Morgan Brokerage Account | B | Int./Div. | L | T | | | | | trust assets listed below |
| 183. -Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | J | | |
| 184. -General MNY MKT Account | | | | | Buy | 12/03/09 | J | | |
| 185. -Claymore BNY Bric ETF | | | | | Buy (add'l) | 10/26/09 | J | | |
| 186. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | | | | | |
| 187. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | | | | | |
| 189. -Ishares Tr FTSE Xinhua HK China 25 Index FXI | | | | | Buy (add'l) | 10/26/09 | J | | |
| 190. -Kayne Anderson MLP INVT Co | | | | | | | | | |
| 191. -Select Sector SPDR Amex Utilities XLU | | | | | | | | | |
| 192. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | | | | | |
| 193. -Sector SPDR Trust Shs ben int Technology XLK | | | | | Buy (add'l) | 10/26/09 | J | | |
| 194. -Sector SPDR Trust Financial XLF | | | | | Buy (add'l) | 10/26/09 | J | | |
| 195. -Select Sector SPDR Trust Shs ben int Energy XLE | | | | | Buy (add'l) | 10/26/09 | J | | |
| 196. -Select Sector SPDR Fund Consumer Discretionary XLY | | | | | Buy (add'l) | 10/26/09 | J | | |
| 197. -Select Sector SPDR Fd Health Care XLV | | | | | | | | | |
| 198. -Sector SPDR Trust Consumer Staples XLP | | | | | | | | | |
| 199. -Select Sector SPDR Fd Materials XLB | | | | | Buy (add'l) | 10/26/09 | J | | |
| 200. -WisdomTree Trust Intl Div 100 Fd DOO | | | | | Buy (add'l) | 10/26/09 | J | | |
| 201. Trust #6 JP Morgan Brokerage Account | A | Int./Div. | K | T | | | | | trust assets listed below |
| 202. -Dreyfus General Money Market Account | | | | | Sold | 12/10/09 | J | | |
| 203. -General MNY MKT Account | | | | | Buy | 12/03/09 | J | | |
| 204. -Claymore BNY Bric ETF EEB | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 206. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | | | | | |
| 207. -Ishares Tr FTSE Xinhua HK China 25 Index Fd FXI | | | | | | | | | |
| 208. -Kayne Anderson MLP INVT Co | | | | | | | | | |
| 209. -Standard & Poors Depository Receipts SPDRS SPY | | | | | | | | | |
| 210. | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Bear Stearns Brokerage accounts changed names to JP Morgan Brokerage accounts as reflected on the following lines:

IRA account summarized on line 4
Brokerage account on line 29
Trust #1 on line 31
Trust #2 on line 92
Trust #3 on line 127
Trust #4 on line 163
Trust #5 on line 182
Trust #6 on line 201

Lines 16-19 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 27, 30, 32, 93, 128, 164, 183, 202 Dreyfus General Money Market Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 33, 94, 129, 165, 184 and 203 When Bear Stearns changed names to JP Morgan Brokerage, Dreyfus General Money Market Funds were closed and replaced by General MNY MKT Accounts.

Lines 55-56 and 96-97 and 131-132 Accenture LTD Class A changed it name to Accenture PLC Ireland Shs CL A ACN in September 2009.

Lines 57-59 Atlas Energy Res LLC changed its name to Atlas America Inc and then to Atlas Energy Inc in September and October 2009.

Lines 63-64 and 101-103 and 136-138 Companhia Vale Do Rio Doce ADR changed its name in May 2009 to Vale S A Spons ADR.

All trust assets are accounted for herein. According to your instructions, the aggregate income and values were reported on lines 31, 92, 127, 163, 182 and 201. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544